# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Soule v. Connecticut Association of Schools  Docket No.: 21-1365

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jonah M. Knobler

Firm: Patterson Belknap Webb & Tyler LLP

Address: 1133 Avenue of the Americas, New York, NY 10036

Telephone: 212-336-2000  Fax: 212-336-2222

E-mail: jknobler@pbwt.com

Appearance for: interACT: Advocates for Intersex Youth
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendants & Intervenor-Defendants )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Jonah M. Knobler

Type or Print Name: Jonah M. Knobler