FanNation | Fastball FN    NEWS  SCHEDULES  HISTORY  MINORS  FANTASY  PODCASTS  INJURIES  SI.COM

HOME > FASTBALL > NEWS



### WATCH: Aaron Judge Hits 62nd Home Run Passing Roger Maris' AL HR Record

New York Yankees outfielder Aaron Judge made baseball history Tuesday night at Globe Life Field, hitting home run number 62 of the 2022 Major League Baseball season, breaking Yankees great Roger Maris' longstanding American League single-season home run record.

JACK VITA • OCT 4, 2022 8:29 PM EDT



New York Yankees outfielder Aaron Judge set a new American League single-season home run record Tuesday night, blasting his 62nd home run of the 2022 Major League Baseball season.



Cited in Selina Soule et al. v. Connecticut Association of Schools et al., no. 21-1365-cv, archived on 12/16/2022. This document is protected by copyright. Further reproduction is prohibited without permission.

Cited in Selina Soule et al. v. Connecticut Association of Schools et al., no. 21-1365-cv, archived on 12/16/2022. This document is protected by copyright. Further reproduction is prohibited without permission.

8:16 PM · Oct 4, 2022

♥ 67.9K   💬 Reply   ⬆ Share

Read 1.2K replies

27-year-old Texas Rangers pitcher Jesus Tinoco will forever be a part of baseball history. Tinoco gave up a lead-off home run to open Tuesday night's game against the Yankees.

Judge sent a 1-1 pitch over the left field wall, giving the Yankees an early 1-0 lead, and doing something that had never been done before.

Judge is the first American League player to ever hit 62 home runs in a single season. Judge passes Yankees great Roger Maris' longstanding American League single-season home run record of 61 home runs. Maris passed the previous record of 60, held by Babe Ruth, in 1961.

61 years later, there's a new home run king.

After tying Maris last week, Judge had gone five straight games without a homer, entering play Tuesday night.

Judge had homered just once in his last 13 games. It appears he has finally broken out of his slump, and if he can post a few more hits Tuesday and Wednesday night, he will have a chance at obtaining the American League Triple Crown.

Judge (.311) trails Minnesota Twins utility man Luis Arráez (.315) in batting average by four points. After sitting out three of his last four games, Arráez returned to the Twins' lineup Tuesday night.

Only one player has won a Triple Crown since Boston Red Sox Hall of Famer




Case 21-1365, Document 248, 12/16/2022, 3438554, Page4 of 4

Cited in Selina Soule et al. v. Connecticut Association of Schools et al., no. 21-1365-cv, archived on 12/16/2022

This document is protected by copyright. Further reproduction is prohibited without permission.