# Aaron Judge Recently Said Barry Bonds's 73 Home Runs Is True Record

JOSEPH SALVADOR • SEP 29, 2022



Aaron Judge's 62nd Home Run Controversy | SI Investigates

In this story:



NEW YORK YANKEES




Ever since Aaron Judge's chances to break the single season home run record became reality, debate over the actual record has swirled. The all-time mark of 73 homers from Barry Bonds in 2001 is sullied because it's widely believed he used steroids, so some believe that the real record is the 61 now shared by Judge and Roger Maris.

However, during an interview with *Sports Illustrated*'s Tom Verducci, Judge revealed what he thinks the record is.

"Seventy-three is the record," Judge said. "In my book. No matter what people want to say about that era of baseball, for me, they went out there and hit 73 homers and 70 homers, and that to me is what the record is. The AL record is 61, so that is one I can kind of try to go after. If it happens, it happens. If it doesn't, it's been a fun year so far."

- Get your seats to New York Yankees games with SI Tickets.

Since speaking to Verducci, Judge has tied the AL's all-time mark. Now at 61 home runs, he is 12 shy of Bonds's 2001 record with just seven games to play.

Cited in Selina Soule et al. v. Connecticut Association of Schools et al., no. 21-1365-cv, archived on 12/16/2022

This document is protected by copyright. Further reproduction is prohibited without permission.

**More MLB Coverage:**

- SI:AM | One Step Closer to 62
- Roger Maris Jr. Calls Barry Bonds's HR Record Illegitimate
- Aaron Judge Makes History, but 61 Is Not the Record
- Inside The Pinstripes: Judge's 61st Home Run Creates 'Special Moment of Togetherness'

*For more New York Yankees coverage, go to Inside The Pinstripes.*

---

**Sports Illustrated**

Privacy Policy · Terms of Use · Jobs · Advertise with Us · SI Pressroom · Latest News · Contact Us

© 2022 ABG-SI LLC. SPORTS ILLUSTRATED is a registered trademark of ABG-SI LLC. All Rights Reserved. Use of this site constitutes acceptance of our Terms of Use and Privacy Policy

A Channel By

THE ARENA Group

Cited in Selina Soule et al. v. Connecticut Association of Schools et al., no. 21-1365-cv, archived on 12/16/2022

This document is protected by copyright. Further reproduction is prohibited without permission.