# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of December, two thousand twenty-two,

Before:   Denny Chin,
      Susan L. Carney,
      Beth Robinson,
       *Circuit Judges*.

_____

Selina Soule, a minor, by Bianca Stanescu, her mother; Chelsea Mitchell, a minor, by Christina Mitchell, her mother; Alanna Smith, a minor, by Cheryl Radachowsky, her mother; Ashley Nicoletti, a minor, by Jennifer Nicoletti, her mother,

   Plaintiffs-Appellants,

v.

Connecticut Association of Schools, Inc. D/B/A Connecticut Interscholastic Athletic Conference; Bloomfield Public Schools Board of Education; Cromwell Public Schools Board of Education; Glastonbury Public Schools Board of Education; Canton Public Schools Board of Education; Danbury Public Schools Board of Education,

   Defendants-Appellees,

Andraya Yearwood; Thania Edwards, on behalf of her daughter, T.M.; Commission on Human Rights and Opportunities,

   Intervenor-Defendants-Appellees.

**JUDGMENT**

Docket No. 21-1365

_____

  The appeal in the above captioned case from a judgment of the United States District Court for the District of Connecticut was argued on the district court's record and the parties' briefs. Upon consideration thereof,

  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment dismissing the claim is AFFIRMED.

                For the Court:
                Catherine O'Hagan Wolfe,
                Clerk of Court

