21-1365
*Selina Soule et al. v. Connecticut Association of Schools et al.*

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

**ORDER**

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of February, two thousand twenty-three.

_____

Selina Soule, a minor, by Bianca Stanescu, her mother; Chelsea Mitchell, a minor, by Christina Mitchell, her mother; Alanna Smith, a minor, by Cheryl Radachowsky, her mother; Ashley Nicoletti, a minor, by Jennifer Nicoletti, her mother,

      *Plaintiffs-Appellants*,

      v.                                                21-1365

Connecticut Association of Schools, Inc. d/b/a Connecticut Interscholastic Athletic Conference; Bloomfield Public Schools Board of Education; Cromwell Public Schools Board of Education; Glastonbury Public Schools Board of Education; Canton Public Schools Board of Education; Danbury Public Schools Board of Education,

      *Defendants-Appellees*,

      and

Andraya Yearwood; Thania Edwards, on behalf of her daughter, T.M.; Commission on Human Rights and Opportunities,

      *Intervenor-Defendants-Appellees.*

_____

      A poll having been conducted and a majority of the active judges of the Court having voted in favor of rehearing this appeal *en banc*, IT IS HEREBY ORDERED that this appeal be heard *en banc*. *See* Fed. R. App. P. 35(a). Scheduling information will be forthcoming.

                                      FOR THE COURT:
                                      Catherine O'Hagan Wolfe, Clerk