United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: February 21, 2023
Docket #: 21-1365cv
Short Title: Soule v. Connecticut Association of Sch

DC Docket #: 20-cv-201
DC Court: CT (NEW HAVEN)
DC Judge: Chatigny

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8563.