## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Soule v. Connecticut Association of Schools    Docket No.: 21-1365

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Rory T. Gray

Firm: Alliance Defending Freedom

Address: 1000 Hurricane Shoals Road, Suite D-1100, Lawrenceville, GA 30043

Telephone: (770) 339-0774    Fax: (770) 339-6744

E-mail: rgray@adflegal.org

Appearance for: Appellants Chelsea Mitchell, Ashley Nicoletti, Alanna Smith and Selina Soule
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: John J. Bursch/Alliance Defending Freedom )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 01/19/2023    OR

☐ I applied for admission on _____ .

Signature of Counsel: s/ Rory T. Gray

Type or Print Name: Rory T. Gray