**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

**By ECF**　　　　　　　　　　　　　　　　　　　　　　　　　　　March 23, 2023

Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

**Re: *Soule v. Connecticut Association of Schools*, Dkt. No. 21- 1365**

Dear Clerk of Court:

　　On October 14, 2021, I filed a Notice of Appearance on behalf of *amicus* Southern Poverty Law Center ("SPLC") in the above-captioned matter. SPLC filed its *amicus* brief on October 19, 2021. Effective March 25, 2023, I will no longer be employed by Covington & Burling LLP. I respectfully request entry of an order directing the Clerk to remove my appearance from the docket and remove my name from the ECF distribution list.

　　My departure will not affect any pending deadlines nor occasion any delays in this action. Jennifer Vail of SPLC, who has already appeared in this matter, continues to represent SPLC here.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*s/ Ryan O. Mowery*
　　　　　　　　　　　　　　　　　　　　　　　Ryan O. Mowery

cc: All counsel of record (by ECF)