# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-1365

**Caption [use short title]:** Soule v. Connecticut Association of Schools

**Motion for:** Leave to File Brief of Amici Curiae 73 Female Athletes, Coaches, Sports Officials, and Parents of Female Athletes in Support of Appellants

**Set forth below precise, complete statement of relief sought:**
Permission to file the brief enclosed with this motion for 73 amici named and identified in the Appendix to the proposed brief

**MOVING PARTY:** Amici 73 Identified Females
**OPPOSING PARTY:** NA

- [ ] Plaintiff
- [ ] Defendant
- [ ] Appellant/Petitioner
- [ ] Appellee/Respondent

**MOVING ATTORNEY:** Amos N. Jones
**OPPOSING ATTORNEY:** NA

[name of attorney, with firm, address, phone number and e-mail]

Amos Jones Law Firm
1717 Pennsylvania Avenue NW, Suite 1025
Washington, D.C. 20006

**Court- Judge/ Agency appealed from:** U.S. District Court for the District of Connecticut, No. 3:20-cv-00201

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1)?
[✔] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[✔] Unopposed  [ ] Opposed  [✔] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✔] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes  [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✔] No  If yes, enter date:

**Signature of Moving Attorney:**
_/s/ Amos N. Jones_    **Date:** 3/30/23   **Service by:** [✔] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

No. 21-1365

# In the United States Court of Appeals For the Second Circuit

SELINA SOULE, a minor, by Bianca Stanescu, her mother; CHELSEA MITCHELL, a minor, by Christina Mitchell, her mother; ALANNA SMITH, a minor, by Cheryl Radachowsky, her mother; ASHLEY NICOLETTI, a minor, by Jennifer Nicoletti, her mother,

*Plaintiffs-Appellants*,

v.

Connecticut Association of Schools, Inc. d/b/a Connecticut Interscholastic Athletic Conference; Bloomfield Public Schools Board of Education; Cromwell Public Schools Board of Education; Glastonbury Public Schools Board of Education; Canton Public Schools Board of Education; Danbury Public Schools Board of Education,

*Defendants-Appellees*,

and

Andraya Yearwood; Thania Edwards on behalf of her daughter, T.M.; Commission on Human Rights and Opportunities,

*Intervenors-Appellees*.

On Appeal from the United States District Court for the District of Connecticut, No. 3:20-cv-00201 (RNC)

**MOTION OF 73 FEMALE ATHLETES, COACHES, SPORTS OFFICIALS, AND PARENTS OF FEMALE ATHLETES FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF APPELLANTS**

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), the 73 Female Athletes, Coaches, Sports Officials, and Parents of Female Athletes respectfully request leave of this Court to file the accompanying brief as amici curiae in support of *Plaintiffs-Appellants*.

Sports is the new playing field, but the ultimate victory sought is for equality. *Amici* are 73 female athletes, coaches, teammates, parents, and relatives of these athletes[1]. These athletes come from many levels of playing – from elementary school to collegiate; from professional to Olympic. No matter their level of accomplishment, their years in their chosen sport, or their age – some minors and some adults – all have been forced to compete against males or to suffer the psychological impact of helplessly watching the forced competition of men against women. Each of the *amici* who have signed on to this brief have a unique story to tell that all weave a common thread essential to this Court's consideration of Soule's appeal.

Among the 73 athletes, coaches, and family members are: (i) Martina Navratilova, 59x Grand Slam Champion; (ii) Nancy Hogshead-Makar, Olympic Gold Medalist, celebrated civil rights lawyer, former president of the Women's Sports Foundation; (iii) Donna de Varona, Olympic Gold Medalist, World Record Holder, Emmy award winner, former president of the Women's Sports Foundation; (iv) Donna Lopiano, Ph.D., six-time National Champion softball player, nine-time All-American, National Sports Hall of Famer, one of the "Ten Most Powerful Women in Sports" and one of the "100 Most Influential People in Sports," former Women's Athletic Director at the University of Texas, former president of the Association for Intercollegiate Athletics for Women, and former president of the Women's Sports Foundation; (v) Jennifer Sees, former NCAA track and field athlete, high school track coach, and parent of an NCAA soccer player; (vi) Summer Sanders, Olympic Gold Medalist; (vii) Courtney DeSoto, mother of a high school female athlete; (viii) Jill Sterkel, an Olympic swimmer, former world record holder, and former University of Texas head swim coach; (ix) Madisan Debos, current NCAA track athlete; (x) Laura Wilkinson, an Olympian and World Champion in diving and parent to a daughter; and (xi) Evie Edwards, a cyclist and the mother of an elementary-age female cyclist.

*Amici* demonstrate, through painfully lived experiences, that Soule's situation is tragically not unique. Female athletes across the country, at all levels of sports, stand on the precipice of permanently losing their access to equal opportunity and safety in sports. Based on their biological sex, they are at risk of being pushed aside in law and in life in a permanently damaging and irreversible way.

By bringing their names, their voices, and their personal stories to this Court's attention, *amici* hope to highlight the plea of women and girls across the nation: that this Court affirm their continued right to equal opportunity and to set in granite that

---

[1] Athletes, coaches, and family members are identified in the Appendix to this Brief.

females may not be put at a clear and targeted disadvantage based on their biological sex.

Respectfully submitted this 30th day of March, 2023,

/s/ Amos N. Jones
Amos N. Jones
District of Columbia Bar No. 974919
AMOS JONES LAW FIRM
1717 Pennsylvania Ave. NW, Ste. 1025
Washington, D.C. 20006
Telephone: (202) 351-6187
*Counsel for Amici Curiae 73 Female Athletes, Coaches, Sports Officials, and Parents of Female Athletes*
jones@amosjoneslawfirm.com

/s/ Kristine L. Brown
8700 E. Jefferson Ave. #370953
Denver, CO 80237
Telephone: (720) 285-9552
kristiburtonbrown@gmail.com
*Counsel of Record for Amici Curiae 73 Female Athletes, Coaches, Sports Officials, and Parents of Female Athletes*
\**Motion for admission* pro hac vice *pending*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2023, a true and correct copy of the foregoing *Motion of 73 Female Athletes, Coaches, Sports Officials, and Parents of Female Athletes for Leave to File Amicus Curiae Brief in Support of Plaintiffs-Appellants* was filed electronically with the Clerk of the Court for the United States Court of Appeals for the Second Circuit, and was thereby served upon counsel via operation of the Court's CM/ECF system pursuant to Local Rule 25.1(h).

/s/ Amos N. Jones