UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-1365

**Caption [use short title]**

**Motion for:** Leave to file a brief amicus curiae

**Set forth below precise, complete statement of relief sought:**

An order directing the clerk to file the brief amicus curiae of Professor Lorianne Updike Toler in support of neither party that is attached to the motion as an exhibit

Soule, v. Connecticut Ass'n of Schools

**MOVING PARTY:** Lorianne Updike Toler   **OPPOSING PARTY:** None

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Lawrence A. Stein   **OPPOSING ATTORNEY:** None

[name of attorney, with firm, address, phone number and e-mail]

Northern Illinois University, Swen Parson Hall, Dekalb, IL 60115
(312) 929-5741; l-stein@niu.edu

**Court- Judge/ Agency appealed from:** R. Chatigny, District of Connecticut

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☑ Yes ☐ No  If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Lawrence A. Stein   **Date:** 4/6/2023   **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)