# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Soule v. Connecticut Association of Schools, Inc.     **Docket No.:** 21-1365

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Jamison Davies

**Firm:** New York City Law Department

**Address:** 100 Church St., New York NY 10007

**Telephone:** 212-356-2490     **Fax:** 212-356-1148

**E-mail:** jdavies@law.nyc.gov

**Appearance for:** City of New York
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendants-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Jamison Davies

**Type or Print Name:** Jamison Davies