## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Soule v. Connecticut Association of Schools, Inc.     **Docket No.:** 21-1365

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Chase Henry Mechanick

Firm: New York City Law Department

Address: 100 Church Street, New York, NY 10007

Telephone: 212-356-0841     Fax:

E-mail: cmechani@law.nyc.gov

Appearance for: City of New York
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☒ Amicus (in support of: Defendants-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Chase Henry Mechanick

Type or Print Name: Chase Henry Mechanick