21-1365
*Selina Soule et al. v. Connecticut Association of Schools et al.*

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of May, two thousand twenty three,

_____

| | |
|---|---|
| Selina Soule, a minor, by Bianca Stanescu, her mother; Chelsea Mitchell, a minor, by Christina Mitchell, her mother; Alanna Smith, a minor, by Cheryl Radachowsky, her mother; Ashley Nicoletti, a minor, by Jennifer Nicoletti, her mother, | **ORDER** <br> Docket No. 21-1365 |

Plaintiffs-Appellants,

v.

Connecticut Association of Schools, Inc. D/B/A Connecticut Interscholastic Athletic Conference; Bloomfield Public Schools Board of Education; Cromwell Public Schools Board of Education; Glastonbury Public Schools Board of Education; Canton Public Schools Board of Education; Danbury Public Schools Board of Education,

Defendants-Appellees,

Andraya Yearwood; Thania Edwards, on behalf of her daughter, T.M.; Commission on Human Rights and Opportunities,

Intervenor-Defendants-Appellees.

_____

An en banc argument is scheduled for this case on June 6, 2023 at 2:00 pm. The argument will be held in the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, following the procedures set forth below and other instructions distributed by the Clerk's Office in the ordinary course. In furtherance of the argument

IT IS HEREBY ORDERED, each party is allocated time for argument as follows:

| | |
|---|---|
| Selina Soule et al. | 25 minutes |
| Connecticut Association of Schools et al. | 15 minutes |
| Andraya Yearwood et al. | 10 minutes |

The Court will not question counsel during the first two minutes of each oralist's opening argument.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court