UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of May, two thousand twenty three,

_____

| | |
|---|---|
| Selina Soule, a minor, by Bianca Stanescu, her mother; Chelsea Mitchell, a minor, by Christina Mitchell, her mother; Alanna Smith, a minor, by Cheryl Radachowsky, her mother; Ashley Nicoletti, a minor, by Jennifer Nicoletti, her mother, | **ORDER**<br>Docket No. 21-1365 |

    Plaintiffs-Appellants,

v.

Connecticut Association of Schools, Inc. D/B/A Connecticut Interscholastic Athletic Conference; Bloomfield Public Schools Board of Education; Cromwell Public Schools Board of Education; Glastonbury Public Schools Board of Education; Canton Public Schools Board of Education; Danbury Public Schools Board of Education,

    Defendants-Appellees,

Andraya Yearwood; Thania Edwards, on behalf of her daughter, T.M.; Commission on Human Rights and Opportunities,

    Intervenor-Defendants-Appellees.

_____

    Amicus Curiae Lorianne Updike Toler moves for leave to file an amicus curiae brief in support of neither party.

    IT IS HEREBY ORDERED that the motion is GRANTED.

> For The Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

