UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of May, two thousand twenty three,

_____

Selina Soule, a minor, by Bianca Stanescu, her mother; Chelsea Mitchell, a minor, by Christina Mitchell, her mother; Alanna Smith, a minor, by Cheryl Radachowsky, her mother; Ashley Nicoletti, a minor, by Jennifer Nicoletti, her mother,

      Plaintiffs-Appellants,

v.

Connecticut Association of Schools, Inc. D/B/A Connecticut Interscholastic Athletic Conference; Bloomfield Public Schools Board of Education; Cromwell Public Schools Board of Education; Glastonbury Public Schools Board of Education; Canton Public Schools Board of Education; Danbury Public Schools Board of Education,

      Defendants-Appellees,

Andraya Yearwood; Thania Edwards, on behalf of her daughter, T.M.; Commission on Human Rights and Opportunities,

      Intervenor-Defendants-Appellees.

**ORDER**
Docket No. 21-1365

_____

Jacob Phillips seeks to be admitted *pro hac vice* for the purpose of representing Amicus Curiae 21 Athletic Officials and Coaches for Females.

IT IS HEREBY ORDERED that the motion is GRANTED. Counsel is directed to register as a Filing User under Local Rule 25.1 to file documents electronically in this case withing three (3) days of the date of this order.

    For The Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

