# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Selina Soule, et al. vs. Connecticut Association of Schools, et al. **Docket No.:** 21-1365

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Mario Diaz

Firm: Concerned Women for America

Address: 1000 N. Payne St., Alexandria, VA 22314

Telephone: 202-488-7000   Fax: 202-488-0806

E-mail: mdiaz@cwfa.org

Appearance for: Concerned Women for America, Amicus Curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☒ Additional counsel (co-counsel with: Braden W. Sparks )
(name/firm)

☒ Amicus (in support of: SELINA SOULE/Appellants )
(party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☒ I applied for admission on Pro Hac Vice Motion granted 05/18/2023, Doc. 385, 3517679.

Signature of Counsel: /s/ Mario Diaz

Type or Print Name: Mario Diaz