

www.pbwt.com

May 22, 2023

Michael Sochynsky
Associate
(212) 336-2091
msochynsky@pbwt.com

Ms. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

   Re: *Soule v. Connecticut Association of Schools*, No. 21-1365

Dear Ms. Wolfe:

   I have previously entered an appearance for amicus curiae interACT: Advocates for Intersex Youth in the above-captioned matter. I write to notify the Court that, as of May 26, 2023, I will no longer be an employee of Patterson Belknap Webb & Tyler LLP. Accordingly, I request that my appearance be withdrawn and that I be removed from the Court's service list and ECF notifications for this matter.

   Attorneys from Patterson Belknap Webb & Tyler LLP shall remain counsel of record for amicus curiae interACT in this action.

   Please let me know if any additional information would be helpful in your consideration.

            Respectfully,

            */s/* Michael Sochynsky

            Michael Sochynsky

cc: All counsel of record (via ECF)

Patterson Belknap Webb & Tyler LLP   1133 Avenue of the Americas, New York, NY 10036   T 212.336.2000   F 212.336.2222

14324755v.1