# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Tel 202.955.8500
gibsondunn.com

Maxwell A. Baldi
Direct: +1 202.777.9526
Fax: +1 202.831.6109
MBaldi@gibsondunn.com

August 24, 2023

VIA CM/ECF

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Soule, et al. v. Connecticut Association of Schools, Inc, et al.*, No. 21-1365

Dear Ms. O'Hagan Wolfe:

    I hereby withdraw as counsel for amicus curiae The Trevor Project, Inc. in the above captioned case. Effective August 25, 2023, I will no longer be associated with the law firm of Gibson, Dunn & Crutcher LLP.

    The Trevor Project will continue to be represented by Abbey Hudson and Emily Maxim Lamm of Gibson, Dunn & Crutcher LLP and by Shirin A. Barday and Mark C. Davies of Pallas Partners (US) LLP.

Respectfully submitted,

*/s/ M. Baldi*

Maxwell A. Baldi