October 2, 2023

VIA CM/ECF

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re:     *Soule, et al. v. Connecticut Association of Schools, Inc., et al.*, No. 21-1365

Dear Ms. O'Hagan Wolfe,

    I hereby withdraw as counsel for amicus curiae 155 Athletes In Women's Sports, The Women's National Basketball Players Association, The Women's Sports Foundation, and Athlete Ally in the above captioned case. My employment with Lambda Legal Defense and Education Fund, Inc., ended on September 8, 2023.

    155 Athletes In Women's Sports, The Women's National Basketball Players Association, The Women's Sports Foundation, and Athlete Ally will continue to be represented by Omar Gonzalez-Pagan and Diana Flynn of Lambda Legal Defense and Education Fund, Inc.

    Respectfully Submitted,

*/s/ Carl S. Charles*

Carl S. Charles