**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON** | **CATHERINE O'HAGAN WOLFE** |
| **CHIEF JUDGE** | **CLERK OF COURT** |
| Date: December 15, 2023 | DC Docket #: 20-cv-201 |
| Docket #: 21-1365cv | DC Court: CT (NEW HAVEN) |
| Short Title: Soule v. Connecticut Association of Sch | DC Judge: Chatigny |

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8513.