PARK, *Circuit Judge*, joined by NARDINI and MENASHI, *Circuit Judges*, concurring:

I write to state what should be obvious but may get obscured in the flurry of separate statements accompanying today's opinion of the Court: Only the majority opinion has precedential weight. The separate writings represent the views of their respective signers alone. To the extent that they interpret the opinion of the Court or opine on issues not before the Court, they do no more than signal the personal views of the authors and joining judges. If anything, they represent what a majority of the Court did *not* join.

The Court is splintered today mainly insofar as it ventures beyond the questions we took up for en banc review. On those, the decision of the Court is clear that the district court erred in dismissing Plaintiffs' complaint.