21-1365 (en banc)
*Soule ex rel. Stanescu v. Connecticut Association of Schools, Inc.*

MERRIAM, *Circuit Judge*, concurring in part and dissenting in part:

These plaintiffs lack standing to bring a claim for the injunctive relief sought in their complaint. I fully join the thoughtful dissenting opinion as to that issue.

However, given the now-inevitable remand of this case to the District Court, I depart from the dissenting opinion's conclusion that we should affirm the District Court's dismissal of the claims for damages under *Pennhurst*. On remand, I see no reason not to permit the District Court to reconsider its *Pennhurst* holding on a fuller record, in conjunction with any merits determinations it may reach. As the majority opinion recognizes, it is not clear whether the District Court fully understood its discretion to reach the merits of plaintiffs' claims without first considering the *Pennhurst* bar. It is understandable why the District Court may have felt compelled to address the *Pennhurst* bar immediately, once it had concluded (rightly) that plaintiffs lacked standing to seek injunctive relief. But the District Court was not *required* to reach that issue at that time, and it may consider the *Pennhurst* bar at any stage of the litigation. I therefore concur with the majority opinion in that regard.

Although further development of the record may affect the District Court's substantive analysis of the *Pennhurst* bar, I take no position as to what the District Court's ultimate conclusion on that question should be.