| | |
|---|---|
| **From:** | CA02db Case_Closing |
| **To:** | Khadijah Young |
| **Subject:** | FW: 21-1365-cv / Soule et al v. Connecticut Association of Schools, Inc. et al USCA Order |
| **Date:** | Monday, December 18, 2023 9:15:00 AM |

**From:** CA02db Intake <ca02intake@ca2.uscourts.gov>
**Sent:** Friday, December 15, 2023 3:45 PM
**To:** CA02db Case_Closing <caseclosing@ca2.uscourts.gov>
**Cc:** Khadijah Young <Khadijah_Young@ca2.uscourts.gov>
**Subject:** 21-1365-cv / Soule et al v. Connecticut Association of Schools, Inc. et al USCA Order

**From:** CMECF@ctd.uscourts.gov <CMECF@ctd.uscourts.gov>
**Sent:** Friday, December 15, 2023 3:13 PM
**To:** CTD CMECF <CMECF@ctd.uscourts.gov>
**Subject:** Activity in Case 3:20-cv-00201-RNC Soule et al v. Connecticut Association of Schools, Inc. et al USCA Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 12/15/2023 at 3:13 PM EST and filed on 12/15/2023

| | |
|---|---|
| **Case Name:** | Soule et al v. Connecticut Association of Schools, Inc. et al |
| **Case Number:** | 3:20-cv-00201-RNC |
| **Filer:** | |

**WARNING: CASE CLOSED on 04/26/2021**

**Document Number:** 182

**Docket Text:**

## ORDER of USCA as to [180] Notice of Appeal filed by Chelsea Mitchell, Alanna Smith, Selina Soule, Ashley Nicoletti. USCA Case Number 21-1365. (Mendez, D)

**3:20-cv-00201-RNC Notice has been electronically mailed to:**

Linda L. Yoder     lyoder@goodwin.com, jglanz@goodwin.com

James H. Howard     jim.howard@pfwlaw.com

Howard M. Wood, III     howard.wood@pfwlaw.com, nallen@adflegal.org, sharris@adflegal.org

David S. Monastersky     dmonastersky@hl-law.com, Lorelei@HL-Law.com

Elizabeth Mott Smith     esmith@fordharrison.com, ahannah@fordharrison.com, kconnelly@fordharrison.com

Peter Joseph Murphy     pjmurphy@goodwin.com, rdevanney@goodwin.com

Johanna G. Zelman     jzelman@fordharrison.com, ahannah@fordharrison.com, kconnelly@fordharrison.com

Dan Barrett     dbarrett@acluct.org, gsinnott@acluct.org

Elana Spungen Bildner     ebildner@acluct.org

Mohammad Shihabi     mshihabi@fordharrison.com

Michael Roberts     michael.e.roberts@ct.gov

Christiana M. Kiefer     ckiefer@adflegal.org, echristoph@adflegal.org, jpeterson@adflegal.org, jscruggs@adflegal.org

Roger Greenwood Brooks     rbrooks@adflegal.org, msouthwick@adflegal.org

Kristen Waggoner     kwaggoner@adflegal.org, aduffy@adflegal.org

Matthew Donnelly     matthew.donnelly@usdoj.gov

Galen Sherwin     galen.sherwin@ag.ny.gov, abandler@aclu.org, mcueva@aclu.org

Chase Strangio     cstrangio@aclu.org, sgarcia@aclu.org

Joshua A. Block     jblock@aclu.org, ccaicedo@aclu.org, sgarcia@aclu.org

James D. Esseks    jesseks@aclu.org, sgarcia@aclu.org

Lindsey Kaley    lkaley@aclu.org

Tyler Bischoff    tbischoff@goodwin.com

Joshua E Gardner    joshua.e.gardner@usdoj.gov

Amanda Dallo    amanda.dallo@usdoj.gov

**3:20-cv-00201-RNC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=12/15/2023] [FileNumber=7707803-0] [bf3fba3e1362275b1e9428275c8c59380f5287bade47582f56ab36ce4f84018561a9648616814e3a50a84a9a1c7684131edfcd87c42eb2709be53bbd194b48a7]]