# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of December, two thousand twenty-three.

Before:     Debra Ann Livingston,
              *Chief Judge*,
              Denny Chin,
              Raymond J. Lohier, Jr.,
              Susan L. Carney,
              Richard J. Sullivan,
              Joseph F. Bianco,
              Michael H. Park,
              William J. Nardini,
              Steven J. Menashi,
              Eunice C. Lee,
              Beth Robinson,
              Myrna Pérez,
              Alison J. Nathan,
              Sarah A. L. Merriam,
              Maria Araújo Kahn,
                    *Circuit Judges*.[*]

---

Selina Soule, a minor, by Bianca Stanescu, her mother; Chelsea Mitchell, a minor, by Christina Mitchell, her mother; Alanna Smith, a minor, by Cheryl Radachowsky, her mother; Ashley Nicoletti, a minor, by Jennifer Nicoletti, her mother,

        Plaintiffs-Appellants,

v.

Connecticut Association of Schools, Inc. D/B/A Connecticut Interscholastic Athletic Conference; Bloomfield Public Schools Board of Education; Cromwell Public Schools Board of Education; Glastonbury Public Schools Board of Education; Canton Public Schools Board of Education; Danbury Public Schools Board of Education,

        Defendants-Appellees,

**JUDGMENT**

Docket No. 21-1365

---

[*] Judge Chin and Judge Carney, who are senior judges, participated in this rehearing *en banc* pursuant to 28 U.S.C. § 46(c)(1) and 28 U.S.C. § 294(c).



Andraya Yearwood; Thania Edwards, on behalf of
her daughter, T.M.; Commission on Human Rights
and Opportunities,

        Intervenor-Defendants-Appellees.

_____

      The appeal in the above captioned case from a judgment of the United States District Court for the District of Connecticut was reargued en banc on the district court's record and the parties' briefs.

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the United States District Court for the District of Connecticut is VACATED and REMANDED for further proceedings consistent with this Court's opinion.

                                                        For the Court:
                                                        Catherine O'Hagan Wolfe,
                                                        Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit